| SODO | TYPE | DATE | AMOUNT | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91 AND OVER | NOTES |
|---|---|---|---|---|---|---|---|---|
| 63895 | SLS | 3/5/2024 | 8,190.00 | | | | $8,190.00 | ASSIST SODO |
| 63926 | SLS | 3/5/2024 | 7,690.00 | | | | $7,690.00 | ASSIST SODO |
| 63960 | SLS | 3/14/2024 | $6,050.00 | | | | $6,050.00 | AGENCY FEE SODO |
| 63993 | SLS | 3/19/2024 | $2,572.56 | | | | $2,572.56 | SODO PASSTHROUGH |
| 63893 | SLS | 3/21/2024 | $49,140.00 | | | | $49,140.00 | ASSIST SODO |
| 64022 | SLS | 3/25/2024 | $2,000.00 | | | | $2,000.00 | SODO PASSTHROUGH |
| 64061 | SLS | 3/28/2024 | $20,888.00 | | | | $20,888.00 | ASSIST SODO |
| 64080 | SLS | 4/4/2024 | 7,460.00 | | | | $7,460.00 | ASSIST SODO |
| 64128 | SLS | 4/12/2024 | $1,360.00 | | | | $1,360.00 | SODO PASSTHROUGH |
| 64129 | SLS | 4/12/2024 | $1,760.00 | | | | $1,760.00 | SODO PASSTHROUGH |
| 64233 | SLS | 4/30/2024 | $7,460.00 | | | | $7,460.00 | ASSIST SODO |
| 64371 | SLS | 5/17/2024 | $8,218.37 | | | | $8,218.37 | SODO PASSTHROUGH |
| 64384 | SLS | 5/20/2024 | $4,761.95 | | | | $4,761.95 | SODO FUEL PASSTHROUGH |
| 64444 | SLS | 6/3/2024 | 9,001.60 | | | | $9,001.60 | ASSIST SODO |
| 64776 | SLS | 7/18/2024 | $38,000.00 | | | | $38,000.00 | ASSIST SODO |
| 64790 | SLS | 7/22/2024 | $26,533.60 | | | | $26,533.60 | SODO FUEL PASSTHROUGH |
| 64799 | SLS | 7/22/2024 | $1,191.80 | | | | $1,191.80 | SODO PASSTHROUGH |
| 64920 | SLS | 8/15/2024 | $115,080.54 | | | | $115,080.54 | SODO FUEL PASSTHROUGH |
| 65168 | SLS | 9/25/2024 | $2,200.00 | | | $2,200.00 | | AGENCY FEE SODO |
| 65234 | SLS | 10/8/2024 | $14,060.00 | | | $14,060.00 | | ASSIST SODO |
| 65265 | SLS | 10/15/2024 | $6,547.09 | | | $6,547.09 | | SODO FUEL PASSTHROUGH |
| 65584 | SLS | 10/31/2024 | $8,774.44 | | | 8774.44 | | SODO PASSTHROUGH |
| 65720 | SLS | 11/30/2024 | $3,300.00 | | $3,300.00 | | | AGENCY FEE SODO |
| 65756 | SLS | 12/26/2024 | $31,800.00 | $31,800.00 | | | | ASSIST SODO |
| 65791 | SLS | 12/31/2024 | $7,360.00 | $7,360.00 | | | | ASSIST SODO |
| 65839 | SLS | 12/31/2024 | $300.00 | $300.00 | | | | SODO PASSTHROUGH |
| 66213 | SLS | 12/31/2024 | $30,735.11 | $30,735.11 | | | | SODO PASSTHROUGH |
| 65847 | SLS | 1/10/2025 | $9,481.43 | $9,481.43 | | | | SODO FUEL PASSTHROUGH |
| 65869 | SLS | 1/13/2025 | $3,734.00 | $3,734.00 | | | | SODO FUEL PASSTHROUGH |
| **TOTAL SODO OUTSTANDING** | | | **$ 435,650.49** | | | | | |

# EXHIBIT B

138960/288708/COL\47201169.1