COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
   E-Mail: mnakano@cwlfirm.com
GREGORY Y. P. TOM 6090
   E-Mail: gtom@cwlfirm.com
700 Bishop Street, Suite 2008
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Plaintiff
HARLEY MARINE FINANCING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARLEY MARINE FINANCING, LLC,<br><br>            Plaintiff,<br><br>  vs.<br><br>10,000 BARRELS OF ETHANOL, *in rem*,<br><br>            Defendant. | CIVIL NO.  25-00020 LEK-WRP<br>(IN ADMIRALTY)<br><br>**EX PARTE MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE; MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE; PROPOSED ORDER AUTHORIZING ISSUANCE** |

|  | OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE; WARRANT FOR MARITIME ARREST |
|---|---|

# EX PARTE MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE

Plaintiff HARLEY MARINE FINANCING, LLC ("HMF") hereby moves, pursuant to Supplemental Federal Rule of Civil Procedure C(3) and E(3)(b) and Local Admiralty Rule E.4, for an order authorizing the issuance of a warrant for maritime arrest of 10,000 Barrels of Ethanol (hereinafter the "Cargo") but holding process in abeyance. In further support of this motion, HMF submits an accompanying memorandum, draft order, and draft warrant.

WHEREFORE, Plaintiff respectfully requests this Court to grant its motion.

DATED: Honolulu, Hawaii, January 17, 2025.

/s/ Michael J. Nakano
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
GREGORY Y. P. TOM
Attorneys for Plaintiff
HARLEY MARINE FINANCING LLC