IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARLEY MARINE FINANCING, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>10,000 BARRELS OF ETHANOL, *in rem*,<br><br>            Defendant. | CIVIL NO. 25-00020 LEK-WRP<br><br>**MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE** |

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION
FOR ORDER AUTHORIZING ISSUANCE OF WARRANT FOR
MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE**

Plaintiff, HARLEY MARINE FINANCING, LLC ("HMF"), having filed its Verified Complaint in rem in admiralty in the above-entitled action, applies, in accordance with Rule C(3) and E(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rule E.4, for a review by the Court of the said Verified Complaint, for a finding therefrom that the conditions for an action in rem appear to exist, and for an order directing the Clerk to issue a warrant to the United States Marshal for the arrest of the defendant 10,000 Barrels of Ethanol ("Cargo") in the form attached to the proposed order herein, and to hold such warrant in abeyance while HMF attempts to resolve the

dispute with the owner of the Cargo. HMF believes the Cargo will arrive in the District of Hawaii on or about January 17, 2025 and will remain in the District through February of 2025. This application is based on the Verified Complaint herein, the pleadings, supporting papers, and exhibits filed therewith.

DATED: Honolulu, Hawaii, January 17, 2025.

/s/ Michael J. Nakano
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
GREGORY Y. P. TOM
Attorneys for Plaintiff
HARLEY MARINE FINANCING LLC