IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARLEY MARINE FINANCING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> 10,000 BARRELS OF ETHANOL, *in rem*, <br><br> Defendant. | CIVIL NO. 25-00020 LEK-WRP <br><br> (IN ADMIRALTY) <br><br> **PROPOSED ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE** |

## PROPOSED ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE

Upon reading the Verified Complaint, and the Ex Parte Motion For Order Authorizing Issue Of Warrant For Maritime Arrest and Holding Process In Abeyance and supporting papers, and the Court finding that the conditions for an action <u>in rem</u> under Supplemental Admiralty Rule C appear to exist, it is hereby

ORDERED that the Clerk shall issue a warrant of maritime arrest as prayed for in the Verified Complaint; and it is further

ORDERED that the warrant be held in abeyance until such time as Plaintiff HARLEY MARINE FINANCING, LLC requests its delivery and service.

DATED: Honolulu, Hawaii, _____.

---

**HARLEY MARINE FINANCING, LLC vs. 10,000 BARRELS OF ETHANOL,** *in rem*; **CIVIL NO. 25-00020 LEK-WRP; PROPOSED ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST**