COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
  E-Mail: nlezy@cwlfirm.com

MICHAEL J. NAKANO 6940
  E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
  E-Mail: sbenton@cwlfirm.com
GREGORY Y. P. TOM 6090
  E-Mail: gtom@cwlfirm.com
700 Bishop Street, Suite 2008
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Plaintiff
HARLEY MARINE FINANCING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARLEY MARINE FINANCING, LLC,<br><br>                    Plaintiff,<br><br>     vs.<br><br>10,000 BARRELS OF ETHANOL, *in rem*,<br><br>                    Defendant. | CIVIL NO.  25-00020 LEK-WRP (IN ADMIRALTY)<br><br>**ORDER AUTHORIZING ISSUANCE**<br>**OF WARRANT FOR MARITIME**<br>**ARREST** |

**ORDER AUTHORIZING ISSUANCE**
**OF WARRANT FOR MARITIME ARREST**

Upon reading the Verified Complaint, an application for issuance of

warrant of maritime arrest and supporting papers, and the Court finding that the conditions for an action <u>in rem</u> under Supplemental Admiralty Rule C appear to exist, it is hereby

ORDERED that the Clerk shall issue a warrant of maritime arrest as prayed for in the Verified Complaint; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court be entitled to a prompt hearing at which the Plaintiff Harley Martine Financing, LLC, shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said warrant of maritime arrest.

DATED:  Honolulu, Hawaii, January 17, 2025.



/s/ Leslie E. Kobayashi
_____
Leslie E. Kobayashi
Senior U.S. District Judge

---

**HARLEY MARINE FINANCING, LLC vs. 10,000 BARRELS OF ETHANOL, *in rem*; Civil No. 25-00020 LEK-WRP; ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST**