COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
　E-Mail: nlezy@cwlfirm.com

<u>MICHAEL J. NAKANO 6940</u>
　E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
　E-Mail: sbenton@cwlfirm.com
GREGORY Y. P. TOM 6090
　E-Mail: gtom@cwlfirm.com
700 Bishop Street, Suite 2008
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Plaintiff
HARLEY MARINE FINANCING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARLEY MARINE FINANCING, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>10,000 BARRELS OF ETHANOL, *in rem*,<br><br>　　　　　Defendant. | CIVIL NO.  25-00020 LEK-WRP<br><br>(IN ADMIRALTY)<br><br>**AMENDED ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE** |

**AMENDED ORDER AUTHORIZING ISSUANCE OF WARRANT FOR <u>MARITIME ARREST AND HOLDING PROCESS IN ABEYANCE</u>**

Upon reading the Verified Complaint, and the Ex Parte Motion For Order Authorizing Issue Of Warrant For Maritime Arrest and Holding Process In Abeyance and supporting papers, and the Court finding that the conditions for an action <u>in rem</u> under Supplemental Admiralty Rule C appear to exist, it is hereby

ORDERED that the Clerk shall issue a warrant of maritime arrest as prayed for in the Verified Complaint; and it is further

ORDERED that the warrant be held in abeyance until such time as Plaintiff HARLEY MARINE FINANCING, LLC requests its delivery and service.

DATED:  Honolulu, Hawaii, January 21, 2025.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**HARLEY MARINE FINANCING, LLC vs. 10,000 BARRELS OF ETHANOL, *in rem*; CIVIL NO.  25-00020 LEK-WRP; PROPOSED ORDER AUTHORIZING ISSUANCE OF WARRANT FOR MARITIME ARREST**